UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY SMITH, | ) | 1:07-cv-01666-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER DISMISSING PETITION** |
| JAMES YATES, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On December 19, 2007, the Magistrate Judge filed Findings and a Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED because the as it does not allege grounds that would entitle Petitioner to habeas corpus relief.  These Findings and Recommendation were served on Petitioner and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  To date, Petitioner has not filed objections to the Findings and Recommendation.

//

/

1  In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, the Court concludes that
4 the Magistrate Judge's Findings and Recommendation are supported by
5 the record and proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The Findings and Recommendation, filed December 19, 2007,
8      are ADOPTED IN FULL;
9  2.  The Petition for Writ of Habeas Corpus is DISMISSED as it
10     does not allege grounds that would entitle Petitioner to
11     habeas corpus relief; and,
12 3.  The Clerk of Court is DIRECTED to close this action.

14 IT IS SO ORDERED.

15 **Dated:   February 25, 2008**              **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE